No. 77–852. ALABAMA v. CANNON. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–857. PATTERSON ET AL. v. McKINNON ET AL. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–892. STENSAKER SCHIFFAHRTSGES v. WILEY ET AL. C. A. 5th Cir. Motion of respondent Henry Wiley for leave to proceed *in forma pauperis* granted. . Certiorari denied. 

No. 77–902. VOLKSWAGENWERK, A. G., ET AL. v. HEATRANSFER CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari. 

No. 77–909. BYRD ET AL. v. GAIN ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 77–945. IVY ET AL., CO-ADMINISTRATORS v. MICHIGAN DEPARTMENT OF THE TREASURY. Sup. Ct. Mich. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 77–932. BOARD OF APPEALS OF SCITUATE v. HOUSING APPEALS COMMITTEE ET AL. Ct. App. Mass. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 77–951. SAVAGE ET AL. v. LERMA. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–969. McGARRITY v. UNITED STATES. C. A. 5th Cir. Motion to defer and certiorari denied.